COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE _SOUTHERN_ DISTRICT OF TEXAS
_BROWNSVILLE_ DIVISION

United States District Court
Southern District of Texas
FILED

MAY 28 2002

Michael N. Milby
Clerk of Court

_DAVID HINDS #923348_
Plaintiff's name and ID Number

_WILLACY STATE JAIL_
Place of Confinement

CASE NO: __B-02-111__
(Clerk will assign the number)

v.

_WARDEN DAVID FORREST (1695 South Buffalo dr_
Defendant's name and address  _Raymondville, Tx. 78580_

_UNIT HEALTH ADMINISTRATOR, LOUANN COLLINS_
Defendant's name and address

_UNIT M.D. DR. DESAI (ALL DEFENDANTS AT 1695 S. Buffalo DR.)_
Defendant's name and address
(DO NOT USE "ET AL.")

I. **PREVIOUS LAWSUITS:**

   A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?    ___ YES    ✓ NO

   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: _n/a_

   2. Parties to previous lawsuit:
      Plaintiff(s) _n/a_

      Defendant(s) _n/a_

   3. Court (If federal, name the district; if state, name the county) _n/a_

   4. Docket Number: _n/a_

   5. Name of judge to whom case was assigned: _n/a_

   6. Disposition: (Was the case dismissed, appealed, still pending?)
      _n/a_

   7. Approximate date of disposition: _n/a_

ATC 1983 (Rev. 2/00)                              2

II. **PLACE OF PRESENT CONFINEMENT:** <u>WILLACY STATE JAIL</u>

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**
Have you exhausted both steps of the grievance procedure in this institution?  ✓ YES __ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. **PARTIES TO THIS SUIT:**
A. Name of address of plaintiff: <u>n/a</u>

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: <u>n/a</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: <u>n/a</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: <u>n/a</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: <u>n/a</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: <u>n/a</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases of statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

<u>AFTER SEVERAL MEDICAL APPOINTMENTS WITH THE UNIT MEDICAL DOCTOR, DR. DESAI, HAS FAILED IN HIS OFFICIAL MEDICAL CAPACITY TO</u>

PROVIDE ME WIT.. ADEQUATE MEDICAL NEEDS ...D HAS INSTEAD IMPLEMENTED A DELIBERATE INDIFFERENCE ON ME. AN UNNECESSARY AND WANTON INFLICTION OF PAIN HAS RESULTED FOR THE FAILURE OF PROPER MEDICAL NEEDS. AFTER THE MANY APPOINTMENTS AND IMPROPER OR INEFFECTIVE PRESCRIBED MEDICATION. I STILL SUFFER WITH PAIN AND COMPLICATIONS WHILE WALKING. MY LEFT FOOT MAY BE DAMAGED PERMANENTLY AND WILL RESULT IN CONSIDERABLE HARM. I AM WALKING WITH A LIMP NOW AND I MAY ALWAYS WALK WITH A LIMP.
  PLEASE SEE APPENDUM...., AND ATTACHED AFFIDAVITS

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WOULD LIKE ADEQUATE MEDICAL CARE, AN IMPARTIAL INVESTIGATION CONDUCTED ON DR. DESAI, $5,000.00 FOR PAIN AND SUFFERING, MENTAL ANGUISH.

VII. **BACKGROUND INFORMATION:**
  A. State, in complete form, all names you have ever used or been known by including any and all aliases:
  _____
  B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
  _____

VII. **SANCTIONS:**

  A. Have you been sanctioned by any court as a result of any lawsuit you have filed?
    ___ YES  ✓ NO

  B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
    1. Court that imposed sanctions (if federal, give district and division): ____n/a____
    2. Case Number: ____n/a____
    3. Approximate date sanctions were imposed: ____n/a____
    4. Have the sanctions been lifted or otherwise satisfied? ___ YES  ✓ NO

  C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES  ✓ NO

  D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

n/a

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____n/A_____
2. Case number: ____n/A____
3. Approximate date warnings were imposed: _____

Executed on: __MAY 10, 2002__
               DATE

                                       (Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __10th__ day of __MAY__, 20__02__.
              (Day)            (Month)         (Year)

                                       (Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

Offender Name: **David W. Hinds**   TDCJ #: 923348   Unit: Willacy - 1st Class

# Texas Department of Criminal Justice
# NOTICE OF EXTENSION
## Offender Grievance Office

In accordance with the procedures outlined in BP-03.77 and AD-03.82, you are hereby notified that additional time is necessary in order to complete the investigation of your Step 2 Grievance #2002103596. An additional 35 days is required for appropriate response to your grievance.

_____   April 5, 2002
Signature of Deputy Administrator     Date

Russell B. Bailey
Printed Name of Deputy Administrator

Original To Offender
Copy – Offender Grievance File

# ADDENDUM

The Initial medical complaint Started when I injured my Left foot at unit Recreation Yard, in front of many other inmates who were also on the Recreation Yard. I have A severe injury on my Left Foot. I can not Recall The first date I submitted the sick call Request, for asking The Medical Doctor; Dr. Desai to provide me with medical Care. Because The initial Assistance given on the date of injury was not Helpfull, and I was continuing to Suffer Pain and Discomfort. To this Day I am Continuing to walk with A Limp and Experience Sharp Pains in my Left foot. I Have many witnesses to my Discomfort and swelling. I Have told several inmates and my Mother about my injuries and Explained I was Denied Medical Attention Properly. Someone Suggested I Write to the Patient Liason Program in Huntsville, Tx. I did so.....

The inmate name is Sidney M. Valley #576106 who is also going to Submit an Affidavit and an unsworn declaration. I showed Sidney M. Valley #576106 my injury at the 4:00pm Pill Window. I continued to submit sick call Forms and the Medical Doctor; Dr. Desai Prescribed Tylenol and an Ankle support which never Helped Nor releived Pain and Discomfort. I Filed A Step 1 and Step 2 Grievence which is Continuing to be investigated with the request of An extention Requested by the Debuty Administrator, Mr. Russell B. Bailey. Warden David Forrest is Responsible for not Providing and Continuing to Fail to Provide Adequate or Qualified Staff for the Medical Department.....

## Affidavit By Offender

On March 1, 2002, at the 4:00 pm pill window call-out for 2 Housing, I personally witnessed the severely injured left foot of David Hinds #923348. He told me the injury resulted from the basketball court on the unit recreation yard. He also told me about the inadequate medical care being implemented on him. I advised inmate David Hinds #923348 to complain to the Patient Liaison Program in Huntsville, Tx to try and resolved the matter and exhaust his remedies before complaining to a higher agency.

## Unsworn Declaration by Inmate

I swore under the penalty of perjury of law that this instrument is true and correct. And I do certify it on THIS, the 25TH day of April, 2002

Sidney M. Vallie
#576106
Willacy State Jail
1695 S. Buffalo Dr.
Raymondville, Tx 78580

## Affidavit By Offender

In two C-dorm I wittnessed Mr. Hinds go through A great deal of Pain and sufferring. Mr. David Hinds showed me His Left foot serveral Times while he was in the 2 Housing C-dorm Assignment. Every time I saw His Left foot it was swollen. I Helped Him Along with some other guy's too get Around the dorm. I also Noticed that they replaced His Ace wrapped Band with A Flimsy Ankle support which Mr. Hinds complained About constantly. He mentioned to Me they did not take X-RAYS Yet. I told Him to put in A Grievance About how Medical was treating Him. Everytime I saw his left foot it seem as if it was geetting worse.

## Unsworn Declaration By Inmate

I swear under the Penalty of Perjury of Law this instrument is true and correct. And I do Certify it this (3-30-02) 30th Day of March 2002.

X _Jermaine Harris_
Jermaine Harris 103480

Willacy County
1695 South Buffalo drive
Raymondville, Tx. 78580

## Affidavit by Offender

On the 2-Housing side Recreation Yard, Offender Mr. David W. Hinds twisted his entire foot completly out of place. David was lying face down on the concrete screaming out loud in tears! He was holding his left foot with both his hands. Officer Leva was the Recreation Staff at this time he called Medical and advised them of the situation on his radio Medical took over a hour to arrive... When David return to the 2-Housing-C-dorm he was on Cruches. A couple of days later the cruches were gone; David said the Doctor, Dr. Desai took them from him after he told him he needed them to walk. Myself and some other inmate's had to help him to get around because he could not walk. I ask him did he have some X-rays taken? He said, "No not yet." I him to put a sick call in for some. I witnessed him write and put sick call's in the Medical Box for some days before he received a response.

## Unsworn Declaration By Inmate

I swear under Penalty of Perjury of Law that this instrument is true and correct. And I do certify it this April 1st, 2002.

x _Lonnie Clay #1061048_

Willacy County
1695 South Buffalo
Raymondville, Tx. 78580

## Affidavit By Offender

I was on the 2-Housing Recreation Yard when Mr. David W. Hinds #923348 injured his Left Foot. At the time of His injury he was laid down, face down on the Concrete Hollaring in tears for Help... The Recreation Officer; Leva did then call for the Medical Personal which took over 45 minutes to respond.... During this waiting Period. Mr. Hinds continued to Scream Out and Hollar while in tears Holding His Left foot with His Hands. The recreation officer Leva also noticed and Quoted, "Yeah Dude Your foot is really messed up!" After Mr. Hinds returned too 2-Housing C dorm He was on Cruches and Carrying an Iodine ice pack. His Left foot was also Wrapped up with an Elastic Ace wrap. He mentioned they did not take any X-Rays. So I told David after 3 days of Waiting for X-Rays to put in A sick call, and A Grievence about the poor medical care. Also He told me the Doctor took His cruches after He requested him not to. He clearly could not walk; me and some other inmates Had to Help Him around the dorm. They also took his Ace wrap and Gave Him A Ankle Support...

### Unsworn Declaration By Inmate

I sware under the penalty of Perjury of Law that this instrument is true and correct. And I do Certify it this 5th day of February 2002.

x _Robert Freeman_
464000

Willacy State Jail
1695 South Buffalo dr.
Roymondville, Tx. 78580

# Texas Department of Criminal Justice

## STEP 2 — OFFENDER GRIEVANCE FORM
PASO 2 — Forma Para Quejas de los Preso

Hinds, David Washington

Name: David Hinds   TDCJ #: 923348

Willacy W I   Housing Assignment: 2C-30

Where incident occurred: Same as Above W I

**OFFICE USE ONLY** / Para Uso De La Oficiana Solamente
Grievance #: 2002103596
UGI Rec'd Date: MAR 13 2002
HQ Rec'd Date: MAR 18 2002
Date Due: 04-17-2002
Grievance Code: 623
Investigator Number: D

☐ EM   ☐ UOF   ☒ MED
☐ ADA   ☐ REL   ☐ SSI

**Reason for appeal (Be specific). I am dissatisfied with the response at Step 1 because...**

An inadequate and biased review was conducted on the Step 1 level and there's still unresolved facts to the material and allegations inadequate medical care that was raised that still need to be resolved and investigated, hopefully that will result in relief granted for me. I am continuing to experience pain and discomfort in my left foot despite the many appointments and complaints filed. I need x-rays of my left foot because I believe I have bone structure damage due to the excruciating and intense pain I am suffering from. According to the ruling Estelle v Gamble 429 U.S. 97, 97 S.Ct. 285, 50 L.ED. 2d. 251 (1976), and rulings of the U.S. Supreme Court, at 429, U.S. 106, n.14, S.Ct. 292, n. 14 50 L.ED. 261 N. 14 the following cases are also essential to Estelle v Gamble is: Page v Sharpe, 487 F. 2d. 567, 9, (1ST Cir. 1973); Williams v Vicent 508 F. 2d. 541, 544 (2d. CIR 1974). Gittlemacker v Prasse, 428 F. 2d. 1, 6 (3d. Cir 1970). Russel v Sheffer, 528 F. 2d. 319 (4TH Cir. 1975) The above mentioned cases are factual situations that also coinside with my complaints which is actionable and prisoners have been granted relief due to a dilibrate indifference being implemented on the prisoners. The U.S. Supreme Court has ruled and noted that a deliberate indifference to serious medical needs of prisoners constitutes the "unnecessary and wanton infliction of pain". Dr. Desai has failed and is continuing to fail to provide me with the necessary medical care that I need. The Court has ruled that these violations under the 8TH Amendment is actionable for a filing of 42 U.S.C. § 1983 to have relief granted for prisoners. I am attempting to resolve this matter on the step 2 Level first.

Front (9/1/1999)   PLEASE SIGN ON BACK   (OVER)



**Texas Department of Criminal Justice**

# STEP 1
PASO 1

**OFFENDER GRIEVANCE FORM**

Forma Para Quejas de los Preso

**OFFICE USE ONLY**
Para Uso De La Oficiana Solam.

Grievance #: 2002103596
Date Received: FEB 20 2002
Date Due: 04-01-2002
Grievance Code: 623
Investigator Number: Io920

☐ EM   ☐ UOF   ☒ ME
☐ ADA  ☐ RET   ☐ SS

Offender Name: Mr. David Hinds    TDCJ #: 923348
Unit: Willacy State Jail    Housing Assignment: BTR Cell 23
Unit where incident occurred: Willacy County State Jail Medical Infirmary

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Dr. Desai    When? 2-13-02
What was their response? Take Some Tylenol From the Pickett, I don't know Exercise or Something.
What action was taken? None; Sent back to Cell Un-examined...

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

This Document is being Filed Due to the unjustified Mal-Practice of Dr. Desai that occurred on 2-13-02 8:30 AM. Dr. Desai refused me proper Medical Care for my Injury. I Have made numerous efforts through Medical to recktify and seek Proper Medical Care for my injured Foot. Dr. Desai Has Maliciously and Constantly refused even my own comments reguarding where I am experiencing pain at in my own Foot. He Has failed to even attempt a Visual prognoisis of my injured Foot. This is the Third (3) Time my foot Has been injured. The same Foot and most seemingly the same Area..... So this is A re-occurring injury that was Not propedy examined the First (1) Time I saw Dr. Desai. This particular injury However Has far exceeded an elasped Time Frame for swelling and Pain. It is A Constant Throbbing 24 Hour A Day Pain that Never rest. On 2-13-02 at 8:30 AM Dr. Desai Told me to remove my Sock. I complied. He Then left the exam room. He came back in the room saying, "Take Some Tylenol From the Pickett, I don't know do some exercising or Somthing." And left the Exam room not returning. I am simply shocked and Appauled by this Malicious act of Malpractice which occurred by I Hope an A Credited Medical Doctor. The Staff Esscort also witnessed this unprofessional nonchalont behavior and was Distrubed Himself. Dr. Desai Never Even Checked my Medical Files; Not Even A Glance. If He did he Would Have known I am Currently Taking 800 mg Motrin for pain. He did not even allow me

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
# RECORDS RELEASE AUTHORIZATION

I, the below named and numbered offender, hereby authorize the Texas Department of Criminal Justice to release records pertaining to my trust fund account, as requested by _____ (Identify Court, Attorney, etc.).

I, offender __David W. Hinds Jr.__ - TDCJ #__923348__, being presently incarcerated at the __Wallacy__, Unit/Facility of the Texas Department of Criminal Justice, in __Wallacy County__ County, Texas declare under penalty of perjury that the foregoing is true and correct.

Executed on this the __10th__ day of __May__, 2002

By: _____        Witness _____
     (Offender Signature)                                (Approved - Witnessing Authority Signature)

COLETTE WATT
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-25-2005

**INSTRUCTIONS:**

1. The offender completes above information, signs and dates the Records Release Authorization in the presence of the approved witnessing authority (Access to Courts Representative).
2. The witnessing authority identifies the offender by ID card or records and, upon verification, witnesses the offender's signature by signing the Records Release Authorization, which the witnessing authority will maintain.
3. The witnessing authority prints out a copy of the offender's trust fund balance which the witnessing authority certifies. The certified copy is then provided to the offender.
4. The offender is required to have an addressed, stamped envelope prepared for mailing. The trust fund printout is immediately placed in the addressed and stamped envelope and the envelope is sealed and placed in the outgoing mail.

**NOTE:** Trust fund information is for Court purposes ONLY. Any other inquires or questions regarding trust fund information, balances, deposits, withdrawals, etc. are to be submitted to TDCJ Offender Trust Fund Department.

ATC - Authorization No.1 (10/96)

```
CSINIB01             TEXAS DEPARTMENT OF CRIMINAL JUSTICE              05/09/02
                        TRUST FUND BANKING HISTORY                      11:04:38
                         AS OF 05/08/02 23.50.23

TDCJ-NO 00923348 NAME- HINDS,DAVID WASHINGTON            CURRENT-BAL-       .39
   DATE     AMOUNT  UT TP  RPT-PG  CD DESCRIPTION              SENDEE
 11/05/01     7.30     CM  WI15/IR B4                          110301152457241539
 11/05/01      .00     CO  WI15/IN I              I            110301152457241539
 11/08/01    35.00     MO  0312/01 B1 03619200104      000608  B HINDS
 11/08/01      .00     CM  WI15/IR B4                          110801190057241539
 12/03/01    32.26     CM  WI15/IR B4                          120301103844906502
 12/03/01      .00     CO  WI15/IN I              I            120301103844906502
 12/10/01     6.00     OP  6283/28 B3 INSUFFICIENT FUNDS
 12/10/01     2.40     CM  WI15/IR B4                          121001105844906502
 12/19/01    50.00     MO  0353/25 B1 03949882470      003793  B HINDS
 12/28/01    35.80     CM  WI15/IR B4                          122801153457241539
 01/10/02    11.00     CM  WI15/IR B4                          011002144757241539
 01/10/02      .00     CO  WI15/IN I              I            011002144757241539
 01/16/02     6.00     OP  6629/39 B3 INSUFFICIENT FUNDS
 01/18/02     3.40     CM  WI15/IR B4                          011802143857241539
                                          PRESS ENTER FOR MORE RECORDS
PF4 PREVIOUS RECORDS  PF2 FIRST RECORD OF HISTORY  PF9 FIRST REC OF CURRENT MONTH
ENTER TDCJ NUMBER:            OR SID NUMBER:
```

To the best of my knowledge this is a true and accurate Trust fund Banking History on this 8th day of May 2002.

COLETTE WATT
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-25-2005

```
CSINIB01            TEXAS DEPARTMENT OF CRIMINAL JUSTICE              05/09/02
                     TRUST FUND BANKING HISTORY                        11:04:49
                     AS OF 05/08/02 23.50.23

TDCJ-NO 00923348 NAME- HINDS,DAVID WASHINGTON            CURRENT-BAL-      .39

  DATE     AMOUNT  UT  TP  RPT-PG   CD  DESCRIPTION               SENDEE
01/29/02    25.00      MO  0029/20  B1  03950836637      000838   B HINDS
02/27/02    40.00      MO  0058/24  B1  04264530333      004735   X XNXS
02/27/02     3.00  WI  MC  WI12/    B4  000300 000000VC07402 PP   022002104000000000
03/11/02    43.44      CM  WI15/IR  B4                            031102150757241539
03/14/02     4.50      CM  WI15/IR  B4                            031402182157241539
03/20/02    40.00      MO  0079/07  B1  001641003698     002434   M HINDS
03/25/02    20.00      MO  0084/37  B1  40062896105266   012600     PULLAM
03/26/02    25.00      MO  0085/21  B1  04264547736      006454   B HINDS
03/27/02     3.00  WI  MC  WI12/    B4  000300 000000DVA6331 PP   030602153000000000
04/02/02     8.90      CM  WI15/IR  B4                            040202100344906502
04/05/02    20.00      MO  0095/04  B1  40062899796850   001020   J PULLAM
04/12/02    15.00      MO  0102/07  B1  04268287034      002400   B HINDS
04/12/02    28.56      CM  WI15/IR  B4                            041202080957241539
04/16/02    25.65      CM  WI15/IR  B4                            041602160857241539
                                           PRESS ENTER FOR MORE RECORDS
PF4 PREVIOUS RECORDS  PF2 FIRST RECORD OF HISTORY PF9 FIRST REC OF CURRENT MONTH
ENTER TDCJ NUMBER:           OR SID NUMBER:
```

```
CSINIB01              TEXAS DEPARTMENT OF CRIMINAL JUSTICE              05/09/02
                           TRUST FUND BANKING HISTORY                   11:04:54
                            AS OF 05/08/02 23.50.23

TDCJ-NO 00923348 NAME- HINDS,DAVID WASHINGTON          CURRENT-BAL-         .39
   DATE      AMOUNT UT TP RPT-PG  CD DESCRIPTION          SENDEE
 04/23/02     20.55    CM WI15/IR B4                      042302200757241539
 04/30/02     37.10    CM WI15/IR B4                      043002111744906502
 05/07/02     10.05    CM WI15/IR B4                      050702092044906502
 05/07/02       .00    CO WI15/IN I              I        050702092044906502




              END OF HISTORY DATA        PRESS ENTER FOR MORE RECORDS
  PF4 PREVIOUS RECORDS PF2 FIRST RECORD OF HISTORY PF9 FIRST REC OF CURRENT MONTH
  ENTER TDCJ NUMBER:            OR SID NUMBER:
```