IN THE UNITED STATES DISTRICT COURT
FOR THE __SOUTHERN__ DISTRICT OF TEXAS
__BROWNSVILLE__ DIVISION

United States District Court
Southern District of Texas
FILED

MAY 28 2002

Michael N. Milby
Clerk of Court

__DAVID HINDS # 923348__
Plaintiff's name and ID Number

__WILLACY STATE JAIL__
Place of Confinement

CASE NO. __B-02-111__
(Clerk will assign the number)

v.
__DAVID FORREST, WARDEN__
__LOUANN COLLINS, HEALTH ADMINISTRATOR__
__M.D. DR. DESAI UNIT DOCTOR__
Defendant's name and address
__1695 S. BUFFALO DR.__
__RAYMONDVILLE, TX 78580__

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __David Hinds__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment    Yes☐ No☑
   b. Rent payments, interest or dividends?    Yes☐ No☑
   c. Pensions, annuities or life insurance payments?    Yes☐ No☑
   d. Gifts or inheritances?    Yes☐ No☑
   e. Family or friends?    Yes☑ No☐
   f. Any other sources?    Yes☐ No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.
   __My Mother Barbara Hinds, and Friend James Pullam Sends me $20.00 every month.__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?    Yes☑    No☐
   If you answered YES, state the total value of the items owned.
   __$68.00 Sixty Eight Dollars and Zero Cents__

1    ATCIFP

3.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

    Yes ☐        No ☑

    If you answered YES, describe the property and state its approximate value.

    _____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __10th__ day of __May__, 2002

_____   923348
Signature of Plaintiff        ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**