AO 440 (Rev.1/90) Summons in a Civil Action

CAB-02-111

5

DR. DeSAI

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE June 6, 2002 | ~~United States District Court~~ Southern District of Texas FILED |
| NAME OF SERVER (PRINT) Robert Aguilar | TITLE Deputy U.S. Marshal | JUN 13 2002 ~~Michael N. Milby~~ Clerk of Court |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: **This process was served by way of certified mail. The process was received by C/O Aringo on June 6, 2002.**

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 6, 2002    Robert Aguilar
            Date              Signature of Server

600 E. Harrison, Suite 1032, Brownsville, Tx 78520
Address of Server

02 JUN 13 AM 11:26
MICHAEL N. MILBY, CLERK
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.