United States District Court
Southern District of Texas
FILED

JUN 26 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DAVID HINDS § | |
| § | |
| V. § | CIVIL ACTION NO: B-02CV111 |
| § | |
| WARDEN DAVID FORREST, § | |
| UNIT HEALTH ADMINISTRATOR, § | |
| LOUANN COLLINS, and § | |
| UNIT M.D. DR. DESAI § | |

### DEFENDANTS' ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Warden David Forrest, Lou Ann Collins and Dr. Desai and file this their Answer to Plaintiff's Original Complaint, and in support thereof would respectfully show unto this Honorable Court the following:

I.

### ANSWER

1. Defendants are without knowledge or information sufficient to form a belief as to the averments contained in Paragraph I of Plaintiff's Original Complaint.

2. Defendants admit the averments contained in Paragraph II of Plaintiff's Original Complaint.

3. Defendants are without knowledge or information sufficient to form a belief as to the averments contained in Paragraph III of Plaintiff's Original Complaint as Plaintiff did not complete Paragraph III.

4. Defendants are without knowledge or information sufficient to form a belief as to the averments contained in Paragraph IV of Plaintiff's Original Complaint as Plaintiff did not complete Paragraph IV.

5. Defendants deny the averments contained in Paragraph V of Plaintiff's Original Complaint, including Plaintiff's Addendum.

6. Defendants deny that Plaintiff is entitled to any of the relief requested in Paragraph VI of Plaintiff's Original Complaint.

7. Defendants are without knowledge or information sufficient enough to form a belief as to the truth or falsity of the averments contained in Paragraph VII "Background Information" as Plaintiff did not complete Paragraph VII "Background Information" of Plaintiff's Original Complaint.

8. Defendants are without knowledge or information sufficient to form a belief as to the averments contained in Paragraph VII "Sanctions" of Plaintiff's Original Complaint.

II.

**AFFIRMATIVE DEFENSES**

1. Defendants assert that they are entitled to qualified immunity from suit because they were acting within the course and scope of their employment and performing discretionary duties in good faith. Defendants did not violate constitutional or statutory rights of which a reasonable person would have known.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that Plaintiff's claims be dismissed with prejudice to refiling, that Defendants recover their attorneys' fees and costs of court pursuant to 42 U.S.C. §1988, and for any and all other relief, at law or in equity, to which Defendants may show themselves justly entitled.

Respectfully submitted,

**FLOWERS DAVIS, L.P.**
815 Rice Road
Tyler, Texas 75703
(903) 534-8063
(903) 534-1650 Facsimile

_____
**ROBERT S. DAVIS**
State Bar No. 05544200   Fed. J.O 275 98
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon the following counsel of record in the above entitled and numbered cause this the 25th day of June, 2002, by Certified Mail, Return Receipt Requested to:

> David Hinds
> *Pro Se*
> #923348
> Willacy County State Jail
> 1695 South Buffalo Drive
> Raymondville, Texas 78580

**ROBERT S. DAVIS**