**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **DAVID HINDS** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO: B-02CV111** |
| | § | |
| **WARDEN DAVID FORREST,** | § | |
| **UNIT HEALTH ADMINISTRATOR,** | § | |
| **LOUANN COLLINS, and** | § | |
| **UNIT M.D. DR. DESAI** | § | |

## DEFENDANTS' REQUEST FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Warden David Forrest, Lou Ann Collins and Dr. Desai,

who respectfully request a trial by jury of all issues so triable pursuant to Rule 39(b) of the

Federal Rules of Civil Procedure.

Respectfully submitted,

**FLOWERS DAVIS, L.P.**
815 Rice Road
Tyler, Texas 75703
(903) 534-8063
(903) 534-1650 Facsimile

**ROBERT S. DAVIS** *Fed. I.O 27598*
State Bar No. 05544200
**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing instrument was served upon the following counsel of record in the above entitled and numbered cause this the ~~25th~~ day of June, 2002, by Certified Mail, Return Receipt Requested to:

>David Hinds
>*Pro Se*
>#923348
>Willacy County State Jail
>1695 South Buffalo Drive
>Raymondville, Texas 78580

**ROBERT S. DAVIS** *(by permission)*