United States District Court
Southern District of Texas
Filed

JUL 0 2 2002
11:57 Am LA
Michael N. Milby, Clerk

Case No: B-02-111
June 29, 2002

To: Deputy Clerk

I am now on the Lewis unit in Woodville, Texas 75990-9000. I was instructed by your office that it is my responsibility to follow up on my suit, and to let the court know if an address change has occured. My address is now P.O. Box 9000. I also would like to know the current status of my suit? Thank you very much for your assistance....

Sincerely,
David W. Hinds