United States District Court
Southern District of Texas
FILED

OCT 16 2002

Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED

OCT 16 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| DAVID HINDS<br>No. 923348 * * * | |
| VS * | CIVIL ACTION NO. B-02-111 |
| WARDEN DAVID FORREST, ET AL * * | |

## ORDER SETTING CONFERENCE

A telephonic scheduling conference in above-captioned and numbered cause of action is hereby set for **Thursday, November 19, 2002, at 2:00 p.m.**

Counsel for the Respondents shall make the necessary arrangements to have Petitioner available for said telephonic conference.

DONE at Brownsville, Texas, this 16thth day of October 2002.

Felix Recio
United States Magistrate Judge
U.S. Federal Bldg. & Courthouse
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX 78520
**956/548-2701**