**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

NOV 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

DAVID HINDS            *
No. 923348             *
                       *
VS                     *   CIVIL ACTION NO. B-02-111
                       *
WARDEN DAVID FORREST, ET AL  *

## CORRECTED ORDER SETTING CONFERENCE

A telephonic scheduling conference in above-captioned and numbered cause of action is hereby set for **Tuesday, November 19, 2002, at 2:00 p.m.**

Counsel for the Respondents shall make the necessary arrangements to have Petitioner available for said telephonic conference.

DONE at Brownsville, Texas, this 4th day of November 2002.

_____
Felix Recio
United States Magistrate Judge
U.S. Federal Bldg. & Courthouse
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX 78520
**956/548-2701**