# CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

**Felix Recio, United States Magistrate Judge**
**Southern District of Texas, Brownsville Division**

NOV 19 2002

Michael N. Milby
Clerk of Court

Law Clerk:   Ryan A. Byrd

Date:        Nov 19, 2002, 3:05 pm

------------------------------------------------02- ----------------------------------------
## C.A. NO. B-~~01~~-02-111 (HGT)
-----------------------------------------------------------------------------------------

| DAVID HINDS | * | |
| VS | * | |
| WARDEN DAVID FORREST | * | Robert S. Davis |
| United Health Administrator | | |
| | | |
| LOUANN COLLINS, | * | " |
| | | |
| And UNIT M.D. DR.DESAI | * | " |

-----------------------------------------------------------------------------------------

### TELEPHONIC SCHEDULING CONFERENCE

A telephonic conference held with Plaintiff and Robert S. Davis, defendants' counsel.

The parties agreed to the docket dates.  A scheduling order will be issued.