| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED
NOV 21 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| DAVID HINDS | § | |
| VS | § | CIVIL ACTION NO. 02-111 |
| WARDEN DAVID FORREST, ET AL | § | (Judge Tagle) |

## SCHEDULING ORDER

1.  Trial: Estimated time to try: __2__ days.                                   ☐ Bench   ☑ Jury

2.  New parties must be joined by:                                              __NA__
    *Furnish a copy of this scheduling order to new parties.*

3.  The plaintiff(s)' experts will be named with a report furnished by:         January 29, 2003

4.  The defendant(s)' experts must be named with a report furnished             March 03, 2003
    within 30 days of the deposition of the plaintiff(s)' expert.

5.  Discovery must be completed by:                                             April 4, 2003
    *Counsel may agree to continue discovery beyond the deadline, but there will be
    no intervention by the Court. No continuances will be granted because of
    information acquired in post-deadline discovery.*

******************        The court will provide these dates.        ******************

6.  Dispositive Motions will be filed by:                                       April 14, 2003

7.  Joint pretrial order is due:                                                May 23, 2003
    *The plaintiff(s) is responsible for filing the pretrial order on time.*

8.  Docket call and final pretrial conference before Judge Tagle
    is set for 1:30 p.m. on:                                                    July 02, 2003

9.  The jury selection before Judge Tagle is set for 9:00 a.m. on:              July 07, 2003

The case will remain on standby until tried.

Signed **November 19, 2002**, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge