IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DAVID HINDS | § | |
| | § | |
| V. | § | CIVIL ACTION NO: B-02CV111 |
| | § | |
| WARDEN DAVID FORREST, | § | |
| UNIT HEALTH ADMINISTRATOR, | § | |
| LOUANN COLLINS, and | § | |
| UNIT M.D. DR. DESAI | § | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Warden David Forrest, Lou Ann Collins and Dr. Desai, file this their Motion to Extend the Dispositive Motion Deadline, and in support thereof would respectfully show unto this Honorable Court as follows:

1) The deadline for filing dispositive motions in this case is Monday, April 14, 2003. Robert S. Davis, Counsel for Defendant, has been preparing for and is set for trial on Monday, April 14, 2003 in the case of *Marilyn Phillips vs. State Farm Mutual Automobile Insurance Company*, Cause No. 8274, in the Anderson County Court at Law. Consequently, Defendants respectfully request that they be granted a two week extension to file their motion for summary judgment.

WHEREFORE, PREMISES CONSIDERED, Defendants move for an extension of the deadline to file dispositive motions from April 14, 2003 to April 28, 2003 or to a date this honorable Court deems appropriate, and for such other and further relief to which they may be justly entitled.

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
815 Rice Road
Tyler, Texas 75703
(903) 534-8063
(903) 534-1650 Facsimile

*/s/ Robert S. Davis/cjc (by permission)*
ROBERT S. DAVIS
State Bar No. 05544200
Federal ID No. 27598
**ATTORNEYS FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon the following counsel of record in the above entitled and numbered cause this the 11th day of April, 2003, by Certified Mail, Return Receipt Requested to:

David Hinds
*Pro Se*
#923348
Willacy County State Jail
1695 South Buffalo Drive
Raymondville, Texas 78580

*/s/ Robert S. Davis/cjc (by permission)*
ROBERT S. DAVIS