United States District Court
Southern District of Texas
ENTERED
APR 1 6 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAVID HINDS | § § | |
| V. | § § | CIVIL ACTION NO: B-02CV111 |
| WARDEN DAVID FORREST, UNIT HEALTH ADMINISTRATOR, LOUANN COLLINS, and UNIT M.D. DR. DESAI | § § § § § | |

**ORDER**

Came on this day to be considered Defendant's Motion to Extend Deadline to File Dispositive Motions, and the Court, after reviewing the Motion, is of the opinion that said motion should be **GRANTED. IT IS THEREFORE,**

**ORDERED,** that the deadline to file dispositive motions is extended from April 14, 2003 to _April 28_, 2003.

Signed the _16th_ day of _April_, 2003.

_____
Honorable Felix Recio
United States Magistrate Judge