IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 23 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DAVID HINDS | § |
| | § |
| V. | § CIVIL ACTION NO: B-02CV111 |
| | § |
| WARDEN DAVID FORREST, | § |
| UNIT HEALTH ADMINISTRATOR, | § |
| LOUANN COLLINS, and | § |
| UNIT M.D. DR. DESAI | § |

## DEFENDANTS' NOTICE OF PRE-TRIAL DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Warden David Forrest, Lou Ann Collins and Dr. Janak Desai, by counsel, and file this their Notice of Pre-Trial Disclosure, having served upon opposing counsel of record Defendants' Pre-Trial Disclosure in compliance with Rule 26(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

FLOWERS DAVIS, P.L.L.C.
815 Rice Road
Tyler, Texas 75703
(903) 534-8063
(903) 534-1650 Facsimile

/ROBERT S. DAVIS
State Bar No. 05544200
Federal ID No. 27598
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon the following counsel of record in the above entitled and numbered cause this the 22nd day of May, 2003, by Certified Mail, Return Receipt Requested to:

David Hinds
*Pro Se*
#923348
Willacy County State Jail
1695 South Buffalo Drive
Raymondville, Texas 78580

ROBERT S. DAVIS