IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DAVID HINDS | § | |
| | § | |
| V. | § | CIVIL ACTION NO: B-02CV111 |
| | § | |
| WARDEN DAVID FORREST, | § | |
| UNIT HEALTH ADMINISTRATOR, | § | |
| LOUANN COLLINS, and | § | |
| UNIT M.D. DR. DESAI | § | |

## ORDER

Came on this day to be considered Defendant's Motion to Extend Deadline to File Dispositive Motions, and the Court, after reviewing the Motion, is of the opinion that said motion should be **GRANTED. IT IS THEREFORE,**

**ORDERED,** that the deadline to file dispositive motions is extended from April 28, 2003 to  April 30,  , 2003.

Signed the 27th day of  May , 2003.

Honorable Felix Recio
United States Magistrate Judge