UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAVID HINDS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-111 |
| | § | |
| DAVID FORREST, ET AL, | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Defendant's Motion for Summary Judgment (Doc. # 17) is hereby GRANTED, and Plaintiff's case, in its entirety, is hereby DISMISSED WITH PREJUDICE.

DONE at Brownsville, Texas this 25 day of June, 2003.

Hilda Tagle
United States District Judge